United States District Court
Southern District of Texas
FILED

OCT 1 8 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| ERIC CLIFTON CASTLEDINE | § | B-16-912 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Distribution of Child Pornography)

Between on or about August 23, 2016 and August 25, 2016, in the Southern District of Texas and elsewhere, Defendant,

**ERIC CLIFTON CASTLEDINE,**

did knowingly distribute and attempt to distribute child pornography, as defined in Title 18 United States Code, Section 2256 (8)(A), using any means or facility of interstate or foreign commerce, or that had been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### COUNT TWO
### (Possession of Child Pornography)

On or about September 21, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ERIC CLIFTON CASTLEDINE,**

did knowingly possess two external devices, a tablet and a laptop which contained multiple images of child pornography, as defined in Title 18, United State Code, Section 2256(8)(A), that involved a prepubescent minor or a minor who had not attained 12 years of age, and that had been mailed, shipped or transported using any means or facility of

interstate and foreign commerce, or in and affecting interstate and foreign commerce, or was produced using materials which had been mailed, shipped or transported in or affecting interstate and foreign commerce, by any means, including by computer, more specifically the defendant possessed two Western Digital My Passport External hard drives, one Kindle Fire and one Toshiba Satellite laptop computer containing video and images of child pornography.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A (b)(2).

A TRUE BILL:

_____<br>FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*(signature)*
ANA C. CANO
Assistant United States Attorney